### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DORIS RAMOS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | **NO. 15-52** |
| **GENESIS HEALTHCARE, LLC, et al** | : | |

### ORDER

**AND NOW**, this 1st day of October 2015, upon consideration of the Motions for Summary Judgment, Supplemental Memoranda and Replies of Defendants Genesis Healthcare LLC and CareerStaff LLC (ECF Doc. No. 46) and General Information Services ("GIS") (ECF Doc No. 36), Plaintiff's Oppositions (ECF Doc. Nos. 45, 65), and for the reasons in the accompanying Memorandum, it is **ORDERED** Defendants Genesis Healthcare LLC's and CareerStaff LLC's Motion for Summary Judgment is **GRANTED** and Defendant GIS' Motion for Summary Judgment **is GRANTED in part and DENIED in part;**

      1.     Defendant Genesis Healthcare LLC's Motion (ECF Doc. No. 46) is **GRANTED.** Count I and Genesis Healthcare LLC are dismissed;

      2.     Defendant CareerStaff LLC's Motion (ECF Doc. No. 46) is **GRANTED.** Count II and CareerStaff LLC are dismissed;

      3.     Defendant GIS' Motion on Count III (ECF Doc. No. 36) is **DENIED** and Defendant GIS shall answer the Amended Complaint on or before **October 15, 2015**; and,

      4.     Defendant GIS' Motion on Count IV (ECF Doc. No. 36) is **GRANTED.**

**KEARNEY, J.**