IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DORIS RAMOS,<br>individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GENESIS HEALTHCARE LLC, et al.,<br><br>    Defendants. | Case No. 2:15-cv-00052-MAK |

## NOTICE OF APPEAL

Notice is hereby given that Doris Ramos, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the October 1, 2015 Order of the District Court at Paragraphs 1 and 2 of Docket 71, granting the Motions for Summary Judgment filed by Defendants Genesis Healthcare LLC and CareerStaff LLC.

                   Respectfully submitted,

Dated: November 19, 2015      *s/ James A. Francis*
                    James A. Francis
                    John Soumilas
                    David A. Searles
                    **FRANCIS & MAILMAN, P.C.**
                    100 South Broad Street, 19th Floor
                    Philadelphia, PA 19110
                    Tel. (215) 735-8600

                    Michael A. Caddell (*pro hac vice*)
                    Cynthia B. Chapman (*pro hac vice*)
                    **CADDELL & CHAPMAN**
                    1331 Lamar, Suite 1070
                    Houston TX 77010-3027
                    Tel. (713) 751-0400

Leonard A. Bennett (*pro hac vice*)
Craig C. Marchiando (*pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J Clyde Morris Blvd., Suite 1A
Newport News VA 23601
Tel.  (757) 930-3660

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I, JAMES A. FRANCIS, hereby certify that on this date, a copy of the foregoing **NOTICE OF APPEAL** was electronically filed with the Court's Electronic Case Filing system, which will effect service on all parties and/or their counsel of record.

DATE:   November 19, 2015             */s/ James A. Francis*
                                      JAMES A. FRANCIS

                                      *Attorney for Plaintiff*