# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DORIS RAMOS

District Court Docket Number 15-cv-52

vs.

GENESIS HEALTHCARE, LLC et al

Notice of Appeal Filed 11/19/2015
Court Reporter(s)/ESR Operator(s)

---

Filing Fee:
  Notice of Appeal __X__ Paid _____ Not Paid _____ Seaman
  Docket Fee       __X__ Paid _____ Not Paid _____ USA/VI

---

CJA Appointment _____ (No Filing Fee)

_____ Motion Pending

---

Defender Association or Federal Public Defender _____

---

Leave to Proceed In Forma Pauperis status:

_____ Motion Granted
_____ Motion Denied
_____ Motion pending before district judge

---

Certificate of probable cause (state habeas corpus):

_____ Granted
_____ Denied
_____ Pending

---

Defendant's Address (for criminal appeals)

---

Prepared by: __s/Vincent J. Alia__
Vincent J. Alia
Deputy Clerk/Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm
(10/2015)